**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6774**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

HAVIES JUNIOR THOMPSON, a/k/a Man, a/k/a Sld Dft 3:01CR184-
3, a/k/a Manhova,

                Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Graham C. Mullen,
Senior District Judge.  (3:01-cr-00184-GCM-3)

Submitted:  September 10, 2009      Decided:  September 15, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Patrick Foster, Jr., LAW OFFICES OF MARK FOSTER, PC,
Charlotte, North Carolina, for Appellant.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina,
Edward R. Ryan, Acting United States Attorney, Charlotte, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Havies Junior Thompson appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. United States v. Thompson, No. 3:01-cr-00184-GCM-3 (W.D.N.C. Apr. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED